Joseph A. Wallace, Appellee, v. Arthur Kopperdale and Marie I. Kopperdale, Appellants.

Gen. No. 11,444.

Second District, Second Division.
January 16, 1961.

Carbary & Carbary, of Elgin, for appellants; McNerney & Rifken, of Elgin, for appellee. Opinion by JUSTICE WRIGHT. Not to be published in full.